UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L3HARRIS TECHNOLOGIES, INC.,

　　Plaintiff,

　　vs.

MOOG INC.,

　　Defendant.

Case No.
6:24-cv-602-JSS-RMN

# ORDER

This matter is before the Court without argument on the parties' joint motion for entry of 502(d) order (Dkt. 36), filed May 28, 2025. The motion is well-taken.

Accordingly, it is **ORDERED**:

1.　The Joint Motion for Entry of 502(d) Order (Dkt. 36) is **GRANTED**;

2.　This Order shall be applicable to and govern all deposition transcripts and/or videotapes, and documents produced in response to requests for production of documents, answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties

in this litigation as well as testimony adduced at trial or during any hearing (collectively "Information");

3. The disclosure of privileged or work-product protected documents, electronically stored information ("ESI") or Information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d); and

4. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or Information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected Information before production.

**DONE** and **ORDERED** in Orlando, Florida, on May 30, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record